UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEYENNE L. SKIFFINGTON, On behalf of herself and all others similarly situated<br><br>　　　　　Plaintiff<br><br>v.<br><br>LINDNER & ASSOCIATES, P.C. and MARK LINDNER<br><br>　　　　　Defendants | CIVIL ACTION NO. 07-30043-KPN |

**DEFENDANTS MARK LINDNER AND LINDNER & ASSOCIATES, P.C. 'S REPORT REGARDING SETTLEMENT NEGOTIATIONS AND REQUEST FOR RULE 16 CONFERENCE**

　　　　As requested by this Court on October 4, 2007, Defendants Mark Lindner and Lindner & Associates, P.C. (collectively, "Lindner") provide the following report as to settlement negotiations in the above-captioned matter:

　　　　1.　　On October 9, 2007, Lindner made a settlement offer to the plaintiff Cheyenne Skiffington ("Skiffington") to settle all claims asserted in the above-captioned matter.

　　　　2.　　On October 10, 2007, Skiffington's counsel requested information regarding the date on which Lindner began seeking percentage-based attorney's fees and when Linder stopped this practice.

　　　　3.　　On October 16, 2007, Lindner responded to this request and confirmed that Lindner ceased using the challenged practice as of March 2007 but without extensive research cannot state with certainty when such practice commenced.

2

    4.       On October 17, 2007, Skiffington made a counter-proposal to settle the above-captioned claims.

    5.       On October 18, 2007, Lindner made an increased settlement offer, to which Skifington made a counter-offer.

    6.       Lindner made another increased offer to settle on October 18, 2007 which Skiffington responded with a reduced demand.

    7.       The parties engaged in another round of settlement negotiations on October 19, 2007 but were unable to reach a settlement.

    8.       The parties are extremely close to reaching a settlement in this matter. Lindner believes a resolution could be reached with the assistance of this Court and hereby requests that the Court schedule a settlement conference.

    Respectfully Submitted,

    MARK LINDNER and LINDNER & ASSOCIATES, P.C.

    By their attorneys,

    */s/ Katherine L. Kenney*
    Michael J. Stone, BBO #482060
    Katherine L. Kenney, BBO #637204
    PEABODY & ARNOLD LLP
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, MA 02210
    (617) 951-2100

## CERTIFICATE OF SERVICE

      I, Katherine L. Kenney, hereby certify that on this 19th day of October, 2007, I served the above electronically to all counsel of record.

Kenneth D. Quat, Esquire
9 Damonmill Square, Suite 4A-4
Boston, MA 01742

                                                        */s/ Katherine L. Kenney*
                                                        Katherine L. Kenney

PABOS2:KKENNEY:670388_1
14818-92389