# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHEYENNE L. SKIFFINGTON,
    Plaintiff

V.                                      CIVIL ACTION NO. 07-30043-KPN

LINDER & ASSOCIATES, P.C., ET AL
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, C.M.J:

The Court having been advised on __October 22, 2007__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                        By the Court,

October 23, 2007                    /s/ Mary Finn
Date                                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                  [stlmtodism.]